UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GEORGE O'DELL,

                            **Plaintiff,**

       v.                                         9:13-CV-1275
                                                           (FJS/TWD)

ALVIN TUCKER, S.C.T.A. #1 and
DARIAN FRAZIER, S.C.T.A. #1,

                            **Defendants.**
_____

| APPEARANCES | OF COUNSEL |
|---|---|
| **GEORGE O'DELL**<br>83271-051<br>St. Lawrence Psychiatric Center<br>1 Chimney Point Drive<br>Ogdensburg, New York 13669<br>Plaintiff *pro se* | |
| **OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL**<br>615 Erie Bouelvard West<br>Suite 102<br>Syracuse, New York 13204-2455<br>Attorneys for Defendants | TIMOTHY P. MULVEY, AAG |

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Dancks' May 2, 2016 Order and Report-Recommendation, *see* Dkt. No. 42, in which she recommended that this Court grant Defendants' motion for summary judgment, *see* Dkt. No. 34, and deny Plaintiff's motion for appointment of

counsel, *see* Dkt. No. 39-2 at 58-59.  The parties did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice.  *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted).  After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Dancks' May 2, 2016 Order and Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Dancks' May 2, 2016 Order and Report-Recommendation, *see* Dkt. No. 42, is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion for summary judgment, *see* Dkt. No. 34, is **GRANTED**; and the Court further

**ORDERS** that Plaintiff's motion for appointment of counsel, *see* Dkt. No. 39-2, is **DENIED as moot**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: May 24, 2016
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge